1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER FRANKLIN,

Petitioner,

v.

C. PFEIFFER, Warden,[1]

Respondent.

No.  2:23-cv-1039 KJN P

ORDER

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  However, petitioner did not file his in forma pauperis affidavit on the Court's form.  See 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner is provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis.[2]

////

---

[1]  The current warden of Kern Valley State Prison is C. Pfeiffer, who is substituted as respondent in this matter.  Fed. R. Civ. P. 25(d); see Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

[2]  Petitioner asks the court to use the in forma pauperis application he submitted in an earlier case, and he believes that once he is granted in forma pauperis status in one case he need not apply again.  Petitioner is mistaken.  In each case, petitioner must either seek leave to proceed in forma pauperis or pay the court's filing fee.

1

1      In accordance with the above, IT IS HEREBY ORDERED that:

2          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

3   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

4   failure to comply with this order will result in a recommendation that this action be dismissed;

5   and

6          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

7   form used by this district.

8   Dated:  June 12, 2023

9

10                                                 KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE
11

12   /fran1039.101a

2